Nov. Term, 1845.

THE STATE
v.
HOPKINS.

---

## THE STATE *v.* HOPKINS and Others.

Indictment against *A.*, *B.*, and *C.*, for failing to discharge their duty as county commissioners, &c. The defendants pleaded guilty ; and a judgment was rendered against them, that they make their fine in a certain sum to the state. *Held*, that this judgment being joint, was erroneous.

In the caption of an indictment a certain year was named ; but in the indictment itself, commencing with the words, " The grand jurors impanelled," &c., there was no notice of any year except by the words, " in the year of our Lord aforesaid," &c. *Held*, that the indictment therefore (the caption being no part of it) was bad.

Monday,
November 24.

ERROR to the *Vanderburgh* Circuit Court.

BLACKFORD, J.—This was an indictment against *Edward Hopkins, Benoni Stinson*, and *Simpson Ritchey*, for neglecting and refusing, as county commissioners of *Vanderburgh* county, to fix the *per centum* on the taxable property in said county, necessary to be levied for road purposes. The defendants pleaded guilty. Judgment, that the defendants make their fine to the state in the sum of one cent, and that they pay costs, &c.

This judgment is erroneous because it is joint. If the defendants were liable on this indictment, they could only be so in their individual capacities; and there should have been a judgment against each of them. The judgment must therefore be reversed.

In looking into the record, as the statute requires, for the first error, we find the indictment to be bad.

The record of the cause, after the *placita*, proceeds as follows: Be it remembered that heretofore, to wit, at the *September* term of said Court, begun and held as aforesaid, in the year 1841, the grand jurors, impanelled and sworn to inquire for the state of *Indiana* and the body of the county of *Vanderburgh*, upon their oath present, that *Edward Hopkins*, *Benoni Stinson*, and *Simpson Ritchey*, all of said county, on the first day of *June*, in the year of our Lord aforesaid, and for a long time, &c., were county commissioners, &c.

The defendants are here alleged to be county commissioners "in the year of our Lord aforesaid;" and in every other part of the indictment where the year should be stated, it is only described as "the said year," or "the year aforesaid." The indictment, as the record shows, commences as follows: The grand jurors, impanelled and sworn, &c., upon their oath present, &c. There is no year set out in it; and the words "in the year of our Lord aforesaid," "the said year," &c., amount to nothing. In the caption of the indictment, beginning with the words, "Be it remembered," the year 1841 is named. But the caption is no part of the indictment. It is the mere statement of the clerk, made after the suit is determined, in making up the record.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*A. A. Hammond* and *J. Lockhart*, for the state.